**FILED**

JUL -1 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>SEALED,<br><br>        Defendants. | Case No. 2:10-CR-0252 GEB<br><br>**SEALED** |

<u>SEALING ORDER</u>

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the defendant's arrest or until further order of the Court.

DATED: July 1, 2010

**GREGORY G. HOLLOWS**
GREGORY G. HOLLOWS
United States Magistrate Judge

4