FILED
July 16, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>v.  )<br>  )<br>JOHN FRENCH, )<br>  )<br>             Defendant. ) | Case No. 2:10-CR-0252-GEB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN FRENCH__ , Case No. __2:10-CR-0252-GEB__ , Charge __Title 18 USC § 2252__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $ __50,000__

        _X_ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _X_ (Other) __with pretrial supervision and conditions of release as stated on the record in open court.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __July 16, 2010__ at __2:58__ pm.

By _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge