```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOHN FRENCH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN FRENCH,<br><br>　　　　　　Defendant.<br>_____ | No. CR-S-10-00252-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:  October 29, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED between the parties, Kyle Reardon, Assistant United States Attorney, and Douglas J. Beevers, Assistant Federal Defender, attorney for defendant John French, that the status conference of September 10, 2010 be vacated, and the matter be set for status conference on October 29, 2010 at 9:00 a.m.

The reason for the continuance is to allow the parties additional time to negotiate a resolution to this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

///

1  IT IS STIPULATED that the period from the signing of this Order, up
2  to and including the October 29, 2010 status conference, be excluded in
3  computing the time within which trial must commence under the Speedy
4  Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4,
5  for ongoing preparation of counsel.
6  Dated: September 10, 2010

Respectfully submitted,

DANIEL BRODERICK
Federal Defender

*/s/ Douglas Beevers*

DOUGLAS BEEVERS
Assistant Federal Defender
Attorney for Defendant
JOHN FRENCH

14 Dated: September 10, 2010

BENJAMIN B. WAGNER
United States Attorney

*/s/ Kyle Reardon*

By: Kyle Reardon
Assistant U.S. Attorney

**ORDER**

22  UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference presently set for September 10, 2010,
24 be continued to October 29, 2010 at 9:00 a.m.   Based on the
25 representation of defense counsel and good cause appearing therefrom, the
26 Court hereby finds that the failure to grant a continuance in this case
27 would deny defendant reasonable time necessary for effective preparation,
28 taking into account the exercise of due diligence.   The Court finds that

1  the ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial.  It is
3  ordered that time from the date of this Order, to and including, the
4  October 29, 2010 status conference shall be excluded from computation of
5  time within which the trial of this matter must be commenced under the
6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code
7  T-4, to allow defense counsel time to prepare.

Dated:   September 10, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge