BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-00252 GEB |
| Plaintiff, | |
| v. | MOTION TO DISMISS INDICTMENT |
| JOHN FRENCH, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, Plaintiff, United States of America, by and through its undersigned attorney, asks the Court to file an order dismissing the indictment against defendant John French in 2:10-CR-00252 GEB.

On October 22, 2010, Defense Counsel informed the undersigned that the defendant had passed away. Later that day,

///
///
///
///
///

1

the United States obtained a copy of a Shasta County Sheriff-Coroner's report for the defendant.  This report confirmed that the defendant died on October 12, 2010.

Date: October 26, 2010				Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney


						By: _____
						    KYLE REARDON
						    Assistant U.S. Attorney

						    Attorneys for the Plaintiff
						    UNITED STATES OF AMERICA


**O R D E R**

APPROVED AND SO ORDERED:

Dated:  October 26, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge